IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARK HOMS,  Plaintiff, | § § § |
| vs. | § CIVIL ACTION NO. _____ § |
| CITY OF ROCKWALL, *et. al.*  Defendants | § § § |

## DEFENDANTS' NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant the City of Rockwall (hereinafter "Defendant") files this notice of removal pursuant to 28 U.S.C. §1446(a).

1. On August 24th, 2025, an action was commenced by Plaintiff in the 429th District Court of Rockwall County, Texas, styled *Mark Homs v. City of Rockwall , et al.*, bearing Cause No. 1-25-1393 alleging Constitutional torts by Defendants pursuant to 42 U.S.C. §1983. *See* Plaintiff's Original Petition. A copy of all pleadings in the state court cause of action are contained in Defendant's Appendix hereto.

2. Defendant first received notice that Plaintiff was asserting Federal claims when Defendant received a copy of the Original Petition on or about August 26th, 2025. Accordingly, Defendant hereby files this notice of removal within the 30 day time period required by 28 U.S.C. §1446(b).

3. The only other Party (Rockwall County Sheriff's Dept.) which, to counsel's knowledge, has been served consents to this removal.[1]

---

[1] Per email exchanges with counsel on Sept. 11, 2025.

Defendant's Notice of Removal - Page 1.

4.  Removal is proper because Plaintiff's suit involves a federal question. 28 U.S.C. §1331 and §1441(b); *Merrill Dow Pharmaceuticals, Inc. v. Thompson*, 478 U.S. 804 (1986); and *Eitmann v. New Orleans Public Service, Inc.*, 730 F.2d 359, 365 (5th Cir.), *cert. denied*, 469 U.S. 1018 (1984). Specifically, Plaintiff claims deprivation of his rights under the Fourth Amendment to the United States Constitution pursuant to 42 U.S.C. §1983. *See* Plaintiff's Petition.

5.  The Rowlett Defendants have not been served with summons to the knowledge of the undersigned.

6.  All pleadings, process, orders, other filings in the state court action, and an index/appendix thereof are filed herewith as required by 28 U.S.C. §1446(a) and Local Rule 81.1 of the Northern District of Texas.

7.  Venue is proper in this district under 28 U.S.C. §1441(a), because this district and division embrace the place in which the removed action has been pending and in which Defendant is located.

8.  Defendant will file promptly a copy of this notice of removal with the clerk of the State court in which the action has been pending.

WHEREFORE, PREMISES CONSIDERED, Defendant, pursuant to the above-referenced statutes and in conformance with the requirements set forth in 28 U.S.C. §1441 and §1446, hereby removes this action for trial from the District Court of Rockwall County, Texas to this Honorable Court on this 15th day of September, 2025.

>                                Respectfully submitted,
>
>                                By:   /s/ Joe C. Tooley
>                                      State Bar No. 20129750
>                                510 Turtle Cove, Suite 112
>                                Rockwall, TX 75087
>                                (972) 722-1058

(972) 722-1070    (Facsimile)

ATTORNEY FOR DEFENDANT CITY OF ROCKWALL

**CERTIFICATE OF SERVICE**

    A copy of the foregoing document was served upon Plaintiff, *pro se*, via certified mail to the address indicated on the Petition on the 15TH day of September, 2025, and upon all counsel via email on that same date.

**/s/ Joe C. Tooley**