**NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA**

AVISO: ESTE DOCUMENTO CONTIENE INFORMACIÓN CONFIDENCIAL

FILED FOR RECORD
ROCKWALL CO., TEXAS
2025 AUG 14 AM 11:14
LEA CARLSON
DISTRICT CLERK
BY_____ DEPUTY

# Statement of Inability to Afford Payment of Court Costs or an Appeal Bond

## Declaración de Incapacidad Para Pagar los Costos de la Corte o de una Fianza de Apelación

**Cause Number / Número de Caso:** 1-25-1393

The Clerk's office will fill in the Cause Number when you file this form.

La oficina del Secretario del Tribunal anotará el Número de Caso cuando usted presente este formulario.

_Mark Homs_

v.

_Rockwall Police Department, Rowlett Police Department, Rockwall County Sheriff's Department, City of Rockwall and Johny/Jane Doe Police officers (unnamed at this time)_

Copy information listed at the top left of the petition here.

Copie aquí la información que aparece en la parte superior izquierda de la petición.

Copy information listed at the top right of the petition here.

Copie aquí la información que aparece en la parte superior derecha de la petición.

**Court Number / Número del Tribunal:** 439

**County / Condado:** Rockwall, Texas

[X] District Court / Tribunal de Distrito
[ ] County Court / Tribunal del Condado
[ ] County Court at Law / Tribunal Estatutario
[ ] Justice Court / Juzgado de Paz
[ ] Probate Court / Juzgado Sucesorio

1. **Your Information / Su Información**

   ➢ My full legal name is / Mi nombre legal completo es

   MArK    NMN    HomS
   First   Middle   Last   /   Primer Nombre   Segundo Nombre   Apellido

   ➢ My date of birth is / Mi fecha de nacimiento es

   12    05    1965
   Month   Day   Year   /   Mes   Día   Año

   ➢ My address is / Mi dirección es

   Home / Domicilio  2526 County Road 2510
   Quinlan Texas 75474
   Mailing / Dirección Postal  Same as Above

   ➢ My phone number / Mi número telefónico  903 513 8382

   ➢ My email I check often / Mi correo electrónico que reviso con frecuencia
   MArK.Homs@ICLOUD.CoM

# Go to next page

# Pase a la página siguiente

## 2. About My Dependents / Mis Dependientes

"The people who depend on me financially are listed below." **Use initials only for children under 18.** If needed, attach a separate piece of paper to list more dependents.

"Las personas que dependen de mi económicamente se anumeran a continuanción"
**Use iniciales para los menores de 18 años.** Si es necesario, adjunte una hoja separada para enumerar mas dependientes.

| Name / Nombre | Age / Edad | Relationship to me / Parentesco Conmigo |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |



**3. Are you represented by Legal Aid?** ¿Está representado por asistencia legal?

**Check only one box.** Seleccione solo una caja

☐ I am being represented in this case for free by an attorney who works for a legal aid provider or who received my case through a legal aid provider. I have attached the certificate the legal aid provider gave me as "Exhibit: Legal Aid Certificate."

Estoy siendo representando en este caso de forma gratuita por un abogado que trabaja para un proveedor de asistencia legal o que recibió mi caso a través de un proveedor de asistencia legal. He adjuntado el certificado que el proveedor de asistencia legal me dio como "Prueba: Certificado de Asistencia Legal."

or / o

☐ I asked legal aid to represent me. Legal aid told me that I am financially eligible for help, but they could not take my case. I have attached a document from legal aid stating this.

Le pedí a una organización de asistencia legal que me representara. La asistencia legal me dijo que soy financieramente elegible para recibir ayuda, pero no pudieron tomar mi caso. He adjuntado un documento de asistencia legal gratuita en el que se afirma esto.

or / o

☒ I did not apply for legal aid.

No solicité asistencia legal.



### 4. Public Benefits / Beneficios de Asistencia Pública

➢ Do you or any of your dependents receive public benefits?
¿Usted o alguno de sus dependientes recibe beneficios públicos?

☒ Yes / Si     ☐ No / No

➢ If you answered yes, check all that apply and attach proof to this form, such as a copy of an eligibility form or check.
Si respondió que sí, marque todas las cajas que apliquen y adjunte pruebas a este formulario, como una copia de un formulario de elegibilidad o una copia del cheque que recibe.

☐ Food stamps/SNAP
Cupones de comida/SNAP

☐ TANF

☐ Medicaid

☐ CHIP

☒ SSI/SSDI

☐ WIC

☐ Lifeline

☐ Public Housing or Section 8 Housing
Asistencia de Vivienda / Programa de Vivienda bajo Sección 8

☐ Low-Income Home Energy Assistance
Asistencia con Energía Eléctrica

☐ Community Care via HHS
Ayuda Comunitaria bajo HHS

☐ LIS in Medicare ("Extra Help")
Subsidio Adicional de Medicare bajo el Programa LIS

☐ Needs-based VA Pension
Pensión para Veteranos de Guerra en función a necesidades

☐ Child Care Assistance under Child Care and Development Block Grant
Asistencia con Guardería bajo el Programa CCDBG

☐ County Assistance, County Health Care, or General Assistance (GA)
Asistencia del Condado, Asistencia Médica del Condado, o Asistencia General (GA)

☐ Other / Otros beneficios

☐ Other / Otros beneficios



5. **What are your monthly income sources?** ¿Cuáles son sus fuentes de ingresos mensuales?

➤ My take-home pay is $ __2__ in monthly wages.
  Mi pago neto es $_____ en sueldo mensual.

➤ I work as a __N/A__ (your job title) for _____ (your employer).
  Yo trabajo como _____ (título de su puesto) para
  _____ (compañía o jefe).

These are my other income sources. Estas son mis otras fuentes de ingresos.

➤ $_____ in unemployment / en beneficios de desempleo.

  I have been unemployed since _____ (date).

  He estado desempleado desde _____ (indique fecha).

➤ $~~scribbled~~ in public benefits / en beneficios de Asistencia Pública.

➤ $_____ from people in my household other than my spouse / ingresos de otras personas en mi hogar que no son de mi cónyuge.

➤ $_____ from retirement or pension / de jubilación o pensión.

➤ $_____ from tips or bonus / de propinas o bonos.

➤ $ 2389.00 from disability / de discapacidad.

➤ $_____ from worker's comp / de compensación al trabajador.



- $_____ from social security / de seguro social.

- $_____ from military housing / de vivienda militar.

- $_____ from dividends, interest, or royalties / de dividendos, intereses, o regalías.

- $_____ from child or spousal support / de manutención de menores o manutención conyugal recibida.

- Answer only if your spouse is not your opponent. Responda sólo si su cónyuge no es parte contraria en esta causa legal.

    $_____ from my spouse's income / ingresos de mi cónyuge.

- $_____ from other jobs/sources of income / de otros trabajos/fuentes de ingresos.

    Describe / describa:
    _____
    _____

| Total Monthly Income Ingresos Mensuales Totales | $ 0   2389 00 |
|---|---|



6. What is the value of your assets or property? ¿Cuál es el valor de sus bienes o propiedades?

| My property includes: / Mis bienes incluyen: | Value / Valor — The value is the amount the item would sell for less the amount you still owe on it, if anything. / El valor de sus bienes es la cantidad por la que la propiedad o pertenencia se vendería, menos la cantidad que aún debe por el, si acaso. |
|---|---|
| ➢ Cash / Dinero en efectivo | $ 400 |
| ➢ Bank accounts, other financial assets / Cuentas bancarias, otros bienes financieros | |
| | $ 200 |
| | $ |
| | $ |
| ➢ Cars and boats (make and year) / Automóviles, lanchas (modelo y año) | |
| 2020 Toyota Tundra | $ 32,000 |
| | $ |
| | $ |
| ➢ Other property like jewelry, stocks, land, a second house. (Do not list your homestead.) / Otros bienes como joyas, acciones, terrenos, una segunda casa. (No indique su hogar familiar.) | |
| | $ |
| | $ |
| | $ |
| **Total Value of Property** / Valor Total de Sus Bienes | $ 0  32,600 |



7. **What are your monthly expenses that are not deducted from your paycheck?** ¿Cuáles son sus gastos mensuales que no se deducen de su cheque de sueldo?

| My monthly expenses are: / Mis gastos mensuales son: | Amount / Cantidad |
|---|---|
| ➤ Rent/house payments; maintenance / Alquiler/hipoteca; mantenimiento de casa | $ 3520.00 |
| ➤ Food and household supplies / Alimentos y artículos para el hogar | $ 400.00 |
| ➤ Utilities and telephone / Luz, gas, agua y teléfono | $ 450.00 |
| ➤ Clothing and laundry / Ropa y lavado de ropa | $ 50 |
| ➤ Medical and dental expenses / Gastos médicos y dentales | $ 100 |
| ➤ Insurance (life, health, auto, etc.) / Seguros (de vida, médico, de automóvil etc.) | $ 540 |
| ➤ School and childcare / Escuelas y cuidado de los niños | $ |
| ➤ Transportation, auto repair, gas / Transportación, reparaciones de automóviles, gasolina | $ 900 |
| ➤ Child/Spousal support / Manutención a Menores/Manutención Conyugal | $ |
| ➤ Debt payments to (list): / Pagos por deudas hechas a (indíquelos): | |
| SBA Loan | $ 200.00 |
| | $ |
| ➤ Wages withheld by court order / Sueldo retenido por orden judicial | $ |
| ➤ Other expenses (list): / Otros gastos (indíquelos): | |
| | $ |
| | $ |
| **Total Monthly Expenses** / **Gastos Totales Mensuales** | $0  6160.00 |



**8. Are there debts or other facts explaining your financial situation?** ¿Hay deudas o otros factores que expliquen su situación económica?

My debts include (list debt and amount owed):
Mis duedas incluyen (indique deuda y la cantidad que debe):

|   |   |
|---|---|
|   | $ |
|   | $ |
|   | $ |
|   | $ |
|   | $ |

If you want the court to consider other facts, such as unusual medical expenses, family emergencies, etc., attach another page to this form labeled "Exhibit: Additional Supporting Facts."

Si desea que la corte considere otros factores, como gastos médicos excepcionales, emergencias familiares, etc., adjunte otra página a este formulario con la etiqueta "Exhibición: Hechos de Apoyo Adicionales".

**9. Ability to Pay Court Costs.** Declaración de Capacidad Para Pagar Costos del Tribunal

**Check only one box.** Seleccione tan solo una caja.

☒ I cannot afford to pay court costs. No puedo pagar las costas de tribunal.

☐ I cannot furnish an appeal bond or pay a cash deposit to appeal a justice court decision, and I cannot afford to pay court costs.

No puedo aportar una fianza de apelación ni pagar un depósito en efectivo para apelar la decisión judicial de un magistrado, y no puedo pagar costas de tribunal.



**10. Declaration/Affidavit.** Declaración Escrita Bajo Juramento.

Fill out only one box. If you fill out the Declaration (Option 1), you will not need to sign the form in front of a notary public. If you do not want to list your address for privacy or safety concerns, take the form and photo identification, and fill out the Affidavit box (Option 2) in front of a notary public.

Llene solo una opción. Si usted llena la Declaración (Opción 1), no necesitará firmar el formulario ante un notario. Si usted no quiere que aparezca su domicilio en el documento para conservar su privacidad o por motivos de su seguridad, lleve el formulario y una identificación con fotografía y llene la sección de la Declaración Escrita Bajo Juramento (Opción 2) ante un Notario.



## Option 1 / Opción 1

**Declaration:** I declare under penalty of perjury that the foregoing is true and correct.

**Declaración:** Yo declaro bajo pena de perjurio que lo anterior es cierto y correcto.

➢ My name is / Mi nombre es

  MArK Homs

➢ My date of birth is / Mi fecha de nacimiento es

  12 / 05 / 1965

➢ My address is / Mi domicilio es

  2526 County Road 2510 Quinlan Texas 75474
  Street, city, zip, country
  Calle y número, ciudad, estado, código postal, pais

➢ /s/ [signature]
  Signature
  Firma

➢ 08/14/2025
  Date (month, day, year)
  Fecha (mes, día, año)

➢ Rockwall, Texas
  County, state
  Condado, estado



## Option 2 / Opción 2

**Affidavit:** I swear under penalty of perjury that the foregoing is true and correct.

**Declaración Escrita Bajo Juramento:** Yo juro bajo pena de perjurio, que lo que precede es cierto y correcto.

**You fill out this section. Do not sign until you are in front of a notary.**
Usted llena esta sección. No firme hasta que esté en frente de un notario.

➢ *MArk Homs*
Your printed name
Su nombre impreso

➢ *[signature]*
Your signature
Su firma

**The notary fills out this section.**
El Notario llena esta sección.

➢ _____
Subscribed before me this day of
Juramentado y suscrito ante mí el día de hoy del mes de

_____, 20____

_____
NOTARY
NOTARIO

