IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARK HOMS,<br>    Plaintiff, | §<br>§<br>§ |
| vs. | §     CIVIL ACTION NO. 3:25-cv-02489-X-BN |
| | § |
| CITY OF ROCKWALL, *et. al.*<br>    Defendants | §<br>§<br>§ |

## **DEFENDANTS' MOTION TO DISMISS**

COME NOW, Defendants, the City of Rockwall ("City") and the Rockwall Police Department ("PD") who make and file this Motion to Dismiss pursuant to F.R.C.P. 12(b)(6) and for same would state unto this Honorable Court the following:

1. This is a civil rights case arising from Plaintiff's arrest in March, 2025. Plaintiff asserts claims of unspecified civil rights violations (42 USC § 1983), false arrest, false imprisonment, negligence, gross negligence and intentional infliction of emotional distress[1] arising from the arrest for Assault with a Deadly Weapon.[2]

2. On the 05th day of March, 2025, Plaintiff was stopped by Rockwall PD Officers after a 911 caller (victim) reported Plaintiff had threatened the victim and others with a firearm in the neighboring City of Rowlett.[3] The Rockwall Officers detained Plaintiff, discovered a firearm matching the description provided by the victim, and released Plaintiff to a Rowlett Officer who arrived at the stop scene.[4] Criminal charges against

---

[1] *See*, Plaintiff's Petition. Docket #3.
[2] *Id.*
[3] *See*, Defendant's Answer, filed contemporaneously herewith.
[4] *Id.*

Plaintiff and grand jury review are pending in Rockwall County under Rowlett PD incident numbers 25-14136 and 25-14137.[5]

3. Rockwall PD is not a jural entity and is not subject to suit. Any claims herein directed toward Rockwall PD should be dismissed for that reason.

4. The Plaintiff fails to plead a claim for municipal liability on the part of the City. Any State Law claims directed toward the City herein are barred by Governmental Immunity.

5. Therefore, all claims against these Defendants should be dismissed.

Accordingly, Defendants move for dismissal of all claims as to these Defendants pursuant to F.R.C.P. 12(b)(6) and for such other and further relief to which they may be justly entitled.

Respectfully submitted,

By: **/s/ Joe C. Tooley**
State Bar No. 20129750
510 Turtle Cove, Suite 112
Rockwall, TX 75087
joe@tooleylaw.com
(972) 722-1058
(972) 722-1070   (Facsimile)

ATTORNEY FOR DEFENDANTS THE CITY OF ROCKWALL and ROCKWALL POLICE DEPARTMENT

**CERTIFICATE OF SERVICE**

A copy of the foregoing document was served upon Plaintiff, *pro se*, via certified mail to the address indicated on the Petition on the 15TH day of September, 2025, and upon all counsel via the Court's ECF filing procedures on that same date.

**/s/ Joe C. Tooley**

---

[5] Of which the Court may take judicial notice.

## CERTIFICATE OF CONFERENCE

      The foregoing Motion is dispositive and no Certificate of Conference is required under the Local Rules of this Honorable Court.