IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARK HOMS, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | No. 3:25-CV-2489-X-BN |
| | § | |
| CITY OF ROCKWALL, ET AL., | § | |
| | § | |
| *Defendants.* | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court therefore **GRANTS** the motions to dismiss filed by Defendants City of Rockwall and its police department (Doc. 8) and Defendant Rockwall County Sheriff's Department (Doc. 10) and **DISMISSES** the claims against Defendant Rowlett Police Department on its own motion. And this case remains referred to the Magistrate Judge for pretrial management.

**SO ORDERED** this 5th day of November, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE